UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-13834 |
| | | CHAPTER 13 |
| JASON R. ARNETT | | |
| KELLY L ARNETT | : | JUDGE BURTON PERLMAN |
| DEBTORS | : | TRUSTEE'S OBJECTION TO BALANCE OF CREDITOR'S CLAIM |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and respectfully objects to the payment of the balance of the claim filed by CITIFINANCIAL AUTO CORPORATION in the amount of $13,634.09.
See LBR 3007-1.  $6,347.28  is left to pay on this claim.

    Information regarding the objection is as follows:

    1. Name of Claimant: CITIFINANCIAL AUTO CORPORATION
    2. Creditor's Attorney: N/A
    3. Date Claim Filed: 6/22/2009
    4. Clerk Claim Number: 1
    5. Grounds for Objection: Last disbursement check was returned.  Trustee has not been served with filed claim transfer or filed address change.

    WHEREFORE, Trustee requests that the balance of the claim of the creditor be disallowed.  If any additional funds are returned by creditor on this claim, the Trustee requests that these amounts also be disallowed.

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

NOTICE

If the relief sought in this Objection is opposed, a written response to the Objection must be filed within thirty (30) days of the date of service as set forth in the Certificate of Service. The Court is authorized to grant the relief requested without further notice should a timely response not be filed.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection to Balance of Creditor's Claim was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 28, 2010.

/s/   Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.

CURTIS D. BRITT, ESQ.
8172 MALL ROAD
SUITE 228
FLORENCE,, KY  41042

JASON R. ARNETT
KELLY L ARNETT
5476 STATE ROUTE 133
WILLIAMSBURG, OH  45176

OFFICE OF THE U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202

CITIFINANCIAL AUTO CORPORATION
P.O. BOX 182287
COLUMBUS, OH  43218

SANTANDER CONSUMER USA
P.O. BOX 560284
DALLAS, TX 75356

SANTANDER CONSUMER USA
P.O. BOX 660633
DALLAS, TX 75266-0633

CITIFINANCIAL
P.O. BOX 961066
FORT WORTH, TX 76161-0066

Objection to Claim Balance

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-13834 |
| | | CHAPTER 13 |
| JASON R. ARNETT | | |
| KELLY L ARNETT | : | JUDGE BURTON PERLMAN |
| DEBTORS | | |
| | : | NOTICE OF OBJECTION TO CLAIM |

    The Chapter 13 Trustee, Margaret A. Burks, has filed an objection to your claim in this bankruptcy case.

    YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

    If you do not want the Court to reduce, modify eliminate your claim, then on or before thirty (30) days from the date set forth in the certificate of service for the objection to claim, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to:

UNITED STATES BANKRUPTCY COURT
ATRIUM II, SUITE 800
221 EAST FOURTH STREET
CINCINNATI, OHIO  45202

OR your attorney must file a response using the Court's ECF System.

The Court must receive your response on or before the above date.

    You must also send a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. Mail to:

| | |
|---|---|
| CURTIS D. BRITT, ESQ.<br>8172 MALL ROAD<br>SUITE 228<br>FLORENCE,, KY  41042 | OFFICE OF THE U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202 |
| JASON R. ARNETT<br>KELLY L ARNETT<br>5476 STATE ROUTE 133<br>WILLIAMSBURG, OH  45176 | MARGARET A. BURKS, TRUSTEE<br>600 VINE STREET, SUITE 2200<br>CINCINNATI, OHIO 45202 |

Objection to Claim Balance

    If you or your attorney do not take these steps, the Court may decide you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further notice or hearing.

Date: Oct 28, 2010

                                      /s/    Margaret A. Burks, Esq.
                                                Margaret A. Burks, Esq.