January 5 ,2011

Case no# 1;09-13834

TO THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION,

My name is Jason Arnett. I have filed bankruptcy chapter 13. Case no# 1:09-13834 .

I am requesting a payment reduction please . The request is dew to lack of work . pay went down at least by $ 22,000 gross. I belive my case based on at least $ 94,000 gross I have filed for unemployment the last week of December . I did not work that whole . befor that I was luck to get forty hours a week . I have fallen behind on my taxes and my bills . I have two sons and wife . It is realy hard to make ends meet.

My lawyer has moved and it is very hard to get a hold of him . So I would like to request a different lawyer please. I have sent him certified letter ,but it came back to me . I have called a number of times and no return calls .

Thank you , Jason Arnett

5476 STATE ROUGT 133

Williamsburg,ohio 45176

Phone 513-309-4202

FILED 2011 JAN -7 PM 1:15 KENNETH JORDAN CLERK OF COURT U.S. BANKRUPTCY COURT CINCINNATI OHIO



1225 Washington Pike
Bridgeville, PA 15017

699376
ARNETT, JASON R.

Route: WLD
Check Cnt: 148457
Deposit Date: 12/17/10
Period End: 12/11/10

ARNETT, JASON R.
5476 STATE RT. 133
WILLIAMSBURG OH 451760000

**Automatic Payroll**
**Bank Deposit**
**Non Negotiable**

## Statement of Earning and Deductions

| Period Earnings | Hours | Rate | Amount | Description | Period Amount | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 25.400 | 1,016.00 | ---Gross---- | 1,473.20 | 73,758.89 |
| OVERTIME | 12.00 | 38.100 | 457.20 | FED INC TAX | 149.92 | 5,367.09 |
| | | | | FED FICA W/H | 91.34 | 4,573.05 |
| | | | | FED MEDI W/H | 21.36 | 1,069.50 |
| | | | | OH STATE W/H | 52.41 | 2,694.27 |
| | | | | GARNISHMENT | 261.93 | 13,096.50 |
| | | | | PEP | 1.56 | 73.82 |
| | | | | UNION DUES | 36.83 | 1,844.01 |
| *Total Gross *Taxable | 52.00 | | 1,473.20 | * Deductions | * Net Pay   615.35 | ** Net   857.85 |

---

MAXIM Crane Works

699376          12/17/10          148457

1225 Washington Pike
Bridgeville, PA 15017

| Bank No | Name of Bank/Saving & Loan | Account Number | Amount |
|---|---|---|---|
| XXXXX0013 | STAR BANK CINTI. | XXXXX4955245 | 682.85 |
| XXXXX0013 | STAR BANK CINTI. | XXXXX4955260 | 125.00 |
| XXXXX2115 | FIRSTAR BANK | XXXXX47 | 50.00 |

**MAXIM Crane Works**
1225 Washington Pike
Bridgeville, PA 15017

699376
ARNETT, JASON R.

Route: WLD
Check Cnt: 149753
Deposit Date: 12/31/10
Period End: 12/25/10

ARNETT, JASON R.
5476 STATE RT. 133
WILLIAMSBURG OH 451760000

**Automatic Payroll**
**Bank Deposit**
**Non Negotiable**

## Statement of Earning and Deductions

| Period Earnings | Hours | Rate | Amount | Description | Period Amount | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR | 22.00 | 25.400 | 558.80 | ---Gross---- | 558.80 | 75,695.64 |
| | | | | FED INC TAX | 15.40 | 5,518.12 |
| | | | | FED FICA W/H | 34.65 | 4,693.13 |
| | | | | FED MEDI W/H | 8.11 | 1,097.59 |
| | | | | OH STATE W/H | 13.07 | 2,755.49 |
| | | | | GARNISHMENT | 261.93 | 13,620.36 |
| | | | | PEP | .66 | 75.97 |
| | | | | UNION DUES | 13.97 | 1,892.43 |
| *Total Gross *Taxable | 22.00 | | 558.80 | * Deductions | * Net Pay 347.79 | ** Net 211.01 |



699376     12/31/10     149753

1225 Washington Pike
Bridgeville, PA 15017

| Bank No | Name of Bank/Saving & Loan | Account Number | Amount |
|---|---|---|---|
| XXXXX0013 | STAR BANK CINTI. | XXXXX4955245 | 36.01 |
| XXXXX0013 | STAR BANK CINTI. | XXXXX4955260 | 125.00 |
| XXXXX2115 | FIRSTAR BANK | XXXXX47 | 50.00 |

**MAXIM Crane Works**
Washington Pike
Bridgeville, PA 15017

ARNETT, JASON R.
STATE RT 133
WILLIAMSBURG, OH 451760000

Route: WLD
Check Cut: 147790
Deposit Date: 12/10/10
Period End: 12/04/10

**Automatic Payroll**
**Bank Deposit**
**Non Negotiable**

## Statement of Earning and Deductions

| Period Earnings | Hours | Rate | Amount | Description | Period Amount | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR | 32.00 | 25.400 | 812.80 | ---Gross--- | 1,346.20 | 72,285.69 |
| OVERTIME | 14.00 | 38.100 | 533.40 | FED INC TAX | 130.87 | 5,212.17 |
| | | | | FED FICA W/H | 83.46 | 4,481.71 |
| | | | | FED MEDI W/H | 19.52 | 1,048.14 |
| | | | | OH STATE W/H | 46.74 | 2,641.86 |
| | | | | GARNISHMENT | 261.93 | 12,834.57 |
| | | | | PEP | 1.38 | 72.26 |
| | | | | UNION DUES | 33.66 | 1,807.18 |
| Totals | 46.00 | | 1,346.20 | * Deductions | * Net Pay 577.56 | ** Net 768.64 |

**MAXIM Crane Works**
Washington Pike
Bridgeville, PA 15017

699376    12/10/10    147790

| Bank No | Name of Bank/Saving & Loan | Account Number | Amount |
|---|---|---|---|
| XXXXX0013 | STAR BANK CINTI. | XXXXX4955245 | 593.64 |
| XXXXX0013 | STAR BANK CINTI. | XXXXX4955260 | 125.00 |
| XXXXX2118 | FIRSTAR BANK | XXXXX47 | 50.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-13834 |
| JASON R. ARNETT | | CHAPTER 13 |
| KELLY L. ARNETT | : | JUDGE BURTON PERLMAN |
| Debtors | | |
| | : | **MOTION FOR ORDER INSTRUCTING PROCEDURE FOR COMPLIANCE WITH NOTICE OF LEVY ISSUED BY IRS UPON CHAPTER 13 TRUSTEE** |

Comes now Margaret A. Burks, Trustee, who respectfully represents as follows:

Applicant is the standing Chapter 13 Trustee for cases filed in the Bankruptcy Court for the Southern District of Ohio, Western Division, at Cincinnati. **This Motion will not affect the debtor(s) or the administration of the above captioned case – no action is required from the debtor(s). This Motion affects only disbursements upon the debtor(s)' counsel's fee.**

The Trustee has received two Notices of Levy from the Cincinnati Office of the Internal Revenue Service. One identifies the affected tax payer as "Britt Law Office LLC" and identifies 940 and 941 tax for various periods during the year 2009. The Identifying number is redacted to x2534. The total amount requested is: $7225.98.

The second Notice of Levy identifies the taxpayer as Curtis Britt; designates 941 tax for 2008; and includes the Britt Law office LLC identifying number of x2534, as well as what appears to be Curtis Britt's personal social security number, which is redacted to x5753. The total amount on this levy is: $9447.54.

Curtis Britt, Esq. is counsel of record on a number of cases pending before this Court, and he is entitled to collect fees awarded to him by various confirmation orders and orders on post-confirmation fee applications. In this case, the balance of attorney's fee yet to be disbursed is: $400.00. The complete list of cases on which disbursements are still due to Mr. Britt include:

```
1  0815445 HAMBLIN   ACTIVE
2  0913834 ARNETT    ACTIVE
3  0918588 RICH      ACTIVE
4  0911221 FAECHER   ACTIVE
5  0817277 SOUTH     ACTIVE
6  0815980 TAYLOR    ACTIVE
7  0815660 SMITH     ACTIVE
8  0913344 COMBS     ACTIVE
9  0916187 MCCOY     ACTIVE
10 0815573 DODSON    ACTIVE
11 0910045 WEBSTER   ACTIVE
12 0914953 SWOPE     ACTIVE
13 0913026 HINKSTON  ACTIVE
```

Applicant may disburse funds only pursuant to this Court's instructions and/or Local Rules pursuant to Plans proposed and confirmed by debtors. Thus, the Trustee requests a review by the Court of the matters described below. This request is made pursuant to 11 U.S.C. Sec. 105(a), as the Trustee is concerned that compliance with levies received may conflict with this Court's prior

instructions.

Among the claims paid by the Trustee are fees awarded to debtors' counsel pursuant to LBR 2016-1(b) and (c) for pre-petition and post-petition work. In cases in which attorneys fees are awarded, the Trustee schedules payment thereon as administrative claims.

Curtis Britt, Esq. is counsel of record on a number of cases pending before this Court, and he is entitled to collect fees awarded to him by various confirmation orders and orders on post-confirmation fee applications.

In the absence of any objection by Curtis Britt or Britt Law Offices LLC, the Trustee intends to comply with the IRS levy, but makes this motion to a) give prior notice of said levies to the Court and the affected party, and b) seek the Court's permission to so proceed insofar as each levy could be read as a modification of this Court's instructions to disburse attorneys fees to Curtis Britt and/or his firm.

**WHEREFORE,** the Trustee requests that the affected taxpayer and holder of administrative claims, Curtis Britt, be required to voice any opposition to the Trustee's compliance with the levy; and that in the absence of any opposition, the Court issue an Order indicating its approval to the Trustee's proposed course of action.

Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377
Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

600 Vine Street, Suite 2200
Cincinnati, OH 45202
513-621-4488
513 621-2643   (facsimile)
mburks@cinn13.org Correspondence only
fdicesare@cinn13.org
Cincinnati@cinn13.org Court filings

**NOTICE**

If the relief sought in this Motion is opposed, a written response to the Application must be filed within twenty-one (21) days of the date of service as set forth in the Certificate of Service. The Court is authorized to grant the relief requested without further notice should a timely response not be filed.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 15 day of June, 2010.

/s/  Margaret A. Burks, Esq.
     Margaret A. Burks, Esq.

U.S. Trustee
36 East Seventh Street
Suite 2030
Cincinnati, Ohio 45202

Curtis Britt
debtor(s)' Counsel
8172 Mall Rd.
Suite 228
Florence, KY 41042

Internal Revenue Service
ATTN: Zaura Hampton
550 Main St., Room 3503
Cincinnati, Ohio 45202

Terry Serena, Esq.
Internal Revenue Service
312 Elm St., Suite 2300
Cincinnati, Ohio 45202

Jason R. Arnett
Kelly L. Arnett
5476 St. Rt. 133
Williamsburg, Ohio 45176

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-13834 |
| JASON R. ARNETT | | CHAPTER 13 |
| KELLY L. ARNETT | : | JUDGE BURTON PERLMAN |

**NOTICE OF MOTION FOR ORDER INSTRUCTING PROCEDURE FOR COMPLIANCE WITH NOTICE OF LEVY ISSUED BY IRS UPON CHAPTER 13 TRUSTEE**

<u>Margaret A. Burks, Trustee</u> has filed an Motion advising the Court that she has received Notices of Levy from the IRS, which seeks to levy against attorneys fees disbursed by the Trustee as administrative claims. The Trustee seeks permission from the Court to act in accord with these levies.

**<u>Your claim may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to grant the application, within twenty one days from the date of the certificate of service on the Motion for Judgment, you or your lawyer must:

File with the court a written response to the Motion, explaining your position, at:

> U.S. Bankruptcy Court
> Atrium II, Suite 800
> 221 East 4th Street
> Cincinnati, Ohio 45202

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:

> Margaret A. Burks
> Chapter 13 Trustee
> 600 Vine Street
> Suite 2200
> Cincinnati, Ohio 45202

> U.S. Trustee
> 36 East 7th Street
> Suite 2030
> Cincinnati, Ohio 45202

The Court will send you a separate notice if it sets a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the judgment sought by the Trustee.

Date: 6/15/10                    <u>/s/ Margaret A. Burks</u>
                                 Margaret A. Burks
                                 Chapter 13 Trustee
                                 Attorney Reg. No. OH 0030377