**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Burton Perlman
United States Bankruptcy Judge

**Dated: March 24, 2011**

_____


                    2011              UNITED STATES BANKRUPTCY COURT
                                         SOUTHERN DISTRICT OF OHIO
                                              WESTERN DIVISION

    IN RE: Jason R. Arnett                :      CASE NO. 09-13834
           Kelly L. Arnett                       CHAPTER 13

                                          :      JUDGE PERLMAN

          DEBTOR(S)

                                          :      ORDER  GRANTING  MOTION  TO
                                                 MODIFY PLAN (Doc. 47)


     This matter is before the Court on the Motion to Modify Plan (Doc. 47). Notice was given to all parties per L.B.R. 9013-3 and no response has been filed with the Court.

     For good cause shown the Motion to Modify Plan is granted. Debtor(s)' Chapter 13 plan is modified pursuant to the terms outlined in the Motion submitted to the Court.


     SO ORDERED

Submitted By:

/s/ Curtis D. Britt
Curtis D. Britt
Attorney for Debtors
Britt Law Office
PO Box 17212
Ft Mitchell, KY 41017
859-609-1527
513-206-9838 fax
cbritt@brittlawoffices.com


Copies to:

Default List

All Creditors and Parties in Interest


**###**