```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION - CINCINNATI


 IN RE: Jason R. Arnett              :  CASE NO. 09-13834
        Kelly L. Arnett                 CHAPTER 13

                                     :  JUDGE PERLMAN

        DEBTOR(S)
                                     :  MOTION TO WITHDRAW AS COUNSEL
```

Having been suspended indefinitely from the practice of law by the Supreme Court of Ohio, Slip Opinion No. 2012-Ohio-4541, Cincinnati Bar Association v. Britt, I respectfully move the Court to permit my withdrawal as counsel herein.

```
                                /s/   Curtis D. Britt_____
                                      Curtis D. Britt (0070966)
                                      Attorney for Debtor
                                      1015 Middy Dr
                                      Dayton, OH 45433
                                      curtis.britt@gmail.com
```

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Withdraw was served by ordinary U.S. Mail or electronically through the Court's ECF System at the e-mail address registered with the Court on this 25th day of October 2012.

                                                /s/    Curtis D. Britt
                                                        Curtis D. Britt
                                                        Attorney for Debtor

Margaret A. Burks, Esq.
Chapter 13 Trustee
600 Vine Street
Suite 2200
Cincinnati, Ohio 45202

U.S. Trustee
36 East 7th Street
Suite 2030
Cincinnati, Ohio 45202

Jason R. Arnett
Kelly L. Arnett
5476 State Route 133
Williamsburg, OH 45176