# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

IN RE:                                                            CASE NO. 09-13834

JASON R ARNETT

KELLY L ARNETT

DEBTOR(S)

## CERTIFICATE OF SERVICE

      I hereby certify that on 1/27/2014         a copy of the foregoing Certification of Final Payment - Discharge was served on the registered ECF participants listed on the attached list, **electronically** through the court's ECF System at the email address registered with the court.

      I further certify that on January 24, 2014     a copy of the foregoing notice was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

                                                                                    /s/ Margaret A. Burks
                                                                                    Margaret A. Burks

IN THE UNITED STATES BANKRUPTCY COURT                    bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
JASON R. ARNETT                                          CASE NO. 09-13834
KELLY L ARNETT                                           CHAPTER 13
5476 STATE ROUTE 133                                     JUDGE BURTON PERLMAN
WILLIAMSBURG, OH  45176

    Debtors
    SSN(1) XXX-XX-8261
    SSN(2) XXX-XX-4926

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY ELIGIBLE FOR DISCHARGE

---

    The above case having been completed on Dec 30, 2013, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007 (b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of discharge.

**Within twenty one (21) days of the filing of this Chapter 13 Trustee's Certification of Final Payment and Case History, debtors shall file with the Court the "Debtor(s)' Certification Regarding Issuance of Discharge Order". The form can be viewed on the Trustee's website at www.13network.com .**

1. The case was filed on Jun 17, 2009 and confirmed on Sep 08, 2009. The case is submitted for closing as COMPLETED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $39,479.40.

3.   The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| SANTANDER CONSUMER USA INC. | VEHICLE | $6,185.00 | $6,185.00 | $172.76 | $0.00 |
| Clm #:  0002 | Dividend Paid:  100.00% | Interest Rate:  5.00% | | | |
| COMMENT:  01 JEEP GRAND CHEROKEE | | | | | |
| J. ROBERT TRUE, TREASURER | SECURED CREDITOR | $452.78 | $452.78 | $0.00 | $0.00 |
| Clm #:  0003 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| ACCELERATED CREDITORS SERVICE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0004 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| ADVANCED TECHNOLOGIES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0005 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| ALEXANDRIA VANECK CO LPA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0006 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| AMERICREDIT FINANCIAL SERVICES | UNSECURED CREDITOR | $11,019.39 | $11,019.39 | $0.00 | $0.00 |
| Clm #:  0007 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| VANDA, LLC | UNSECURED CREDITOR | $613.60 | $613.60 | $0.00 | $0.00 |
| Clm #:  0008 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| CENTERS FOR FOOT AND ANKLE CARE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0009 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| CREDIT SOLUTIONS LLC | UNSECURED CREDITOR | $333.80 | $333.80 | $0.00 | $0.00 |
| Clm #:  0010 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| DIVERSIFIED ADJUSTMENT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0011 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| DOCTORS URGENT CARE | UNSECURED CREDITOR | $530.74 | $530.74 | $0.00 | $0.00 |
| Clm #:  0012 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| DR/BOND COLL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0013 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| DR/BOND COLL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0014 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| DRS BONDED COLLECTION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0015 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| DUKE ENERGY | UNSECURED CREDITOR | $2,797.57 | $2,797.57 | $0.00 | $0.00 |
| Clm #:  0016 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| ENCORE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0017 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| ER SOLUTIONS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0018 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| FFCC-COLUMBUS INC | UNSECURED CREDITOR | $647.25 | $647.25 | $0.00 | $0.00 |
| Clm #:  0019 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| FFCC-COLUMBUS INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0020 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| FFCC-COLUMBUS INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0021 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| FFCC-COLUMBUS INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0022 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| FFCC-COLUMBUS INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0023 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| GLA COLLECTION CO INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0024 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| INTERNAL COLLECTIONS DEPARTMENT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0025 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| INTERNAL COLLECTIONS DEPARTMENT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| KEMP SURGICAL APPLIANCES INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0027 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| MERCY HEALTH PARTNERS | UNSECURED CREDITOR | $2,166.17 | $2,166.17 | $0.00 | $0.00 |
| Clm #: 0028 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| OUTPATIENT ANESTHESIA SPECIALISTS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0029 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| PREMIER RECOVERY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0030 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| QUALIFIED EMERGENCY SPECIALISTS, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0031 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| QUEEN CITY VASCULAR SURGEON | UNSECURED CREDITOR | $11.62 | $11.62 | $0.00 | $0.00 |
| Clm #: 0032 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| RICHARD J. KAPLOW | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0033 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| RUMPKE CONSOLIDATED COMPANIES | UNSECURED CREDITOR | $110.25 | $110.25 | $0.00 | $0.00 |
| Clm #: 0034 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| SPRINT NEXTEL | UNSECURED CREDITOR | $1,048.34 | $1,048.34 | $0.00 | $0.00 |
| Clm #: 0035 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| THE UROLOGY CENTER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0036 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| TRI STATE UROLOGICAL SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0037 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| JOYCE KENNEDY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0038 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| TRI STATE UROLOGICAL SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0039 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| UNITED COLLECT BUR INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0040 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| UNITED COLLECT BUR INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0041 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| UNITED COLLECT BUR INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0042 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| UNIV ORTHOPAEDIC CONSULT CINT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0043 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| AMERICREDIT FINANCIAL SERVICES | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0044 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| QUEEN CITY VASCULAR SURGEONS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0045 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| SPRINT NEXTEL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0046 | Dividend Paid: .00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| DEBORAH TURNER | ADMIN EXP CLM | $200.00 | $200.00 | $0.00 | $0.00 |
| Clm #: 0047 COMMENT: APPRAISAL FEE | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| UNITED STATES TREASURY | IRS LEVY | $400.00 | $400.00 | $0.00 | $0.00 |
| Clm #: 0048 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| J. ROBERT TRUE, TREASURER | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0049 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| J. ROBERT TRUE, TREASURER | SECURED CREDITOR | $186.18 | $186.18 | $0.00 | $0.00 |
| Clm #: 0050 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| WOOD & LAMPING | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0051 COMMENT: OHIO DEPT OF TAX | Dividend Paid: .00% | Interest Rate: .00% | | | |
| ATTORNEY GENERAL-STATE OF OHIO | PRIORITY UNSECURED | $1,667.93 | $1,667.93 | $0.00 | $0.00 |
| Clm #: 0052 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| VANDA, LLC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0053 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| SANTANDER CONSUMER USA INC. | UNSECURED CREDITOR | $7,449.09 | $7,449.09 | $0.00 | $0.00 |
| Clm #: 10002 COMMENT: Split Claim 01 JEEP GRAND CHEROKEE | Dividend Paid: 100.00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $6,823.96 | $2,267.93 | $26,727.82 | $0.00 | $35,819.71 |
| PRIN. PAID | $6,823.96 | $2,267.93 | $26,727.82 | $0.00 | $35,819.71 |
| INT. PAID | $172.76 | $0.00 | $0.00 | $0.00 | $172.76 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $1,600.00 and was paid $1,600.00.
The Trustee was paid $1,634.26 pursuant to 11 U.S.C. 1302.
The Trustee was paid $6.05 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $246.62.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond.  Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid.  Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C section 1302(b)(1).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

NOTICE

IF A DEBTOR(S)' CERTIFICATION IS NOT TIMELY FILED, THIS CASE WILL BE CLOSED.  IF THE DEBTOR(s) SUBSEQUENTLY FILES A MOTION TO REOPEN TO ALLOW FOR THE FILING OF THE DEBTOR(S)' CERTIFICATION, THE DEBTOR MUST PAY THE FULL REOPENING FEE.

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Guinevere D. O'Shea, Esq.
       Staff Attorney
       Attorney Reg No. OH 0086523

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       goshea@cinn13.org

United States Bankruptcy Court
Southern District of Ohio

```
In re:                                                              Case No. 09-13834
JASON R ARNETT                                                      Chapter 13
KELLY L ARNETT
      Debtors
```

# CERTIFICATE OF SERVICE

```
District/off: 0648-c          User: 454              Page 1 of 3           Date Rcvd: Jan 23, 2014
                              Form ID: COFPD         Total Noticed: 52
```

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Jan 24, 2014.
```
db         +JASON R ARNETT,    5476 STATE ROUTE 133,    ",    WILLIAMSBURG OH 45176-8219
jdb        +KELLY L ARNETT,    5476 STATE ROUTE 133,    ",    WILLIAMSBURG OH 45176-8219
7          +ACCEL CREDIT,    10079 SPRINGFIELD,    ",    CINCINNATI OH 45215-1454
8          +ADVANCED TECHNOLOGIES,    7570 US HWY 42,    ",    FLORENCE KY 41042-2324
9          +ALEXANDRIA VANECK CO LPA,    5660 SOUTHWYCK BLVD,    SUITE 110,    TOLEDO OH 43614-1597
10         +AMERICREDIT,    PO BOX 78143,    ",    PHOENIX AZ 85062-8143
1          +AMERICREDIT FINANCIAL SERVICES, INC.,    PO BOX 183853,    ",    ARLINGTON TX 76096-3853
12         +CANDICA LLC,    C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVE., STE. 400,
             SEATTLE WA 98121-3132
2          +CANDICA, LLC,    C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,    SEATTLE WA 98121-3132
13         +CAPITAL 1 BANK,    ATTN: C/O TSYS DEBT MANAGEMENT,    PO BOX 5155,    NORCROSS GA 30091-5155
14         +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
             NORCROSS GA 30091-5155
15         +CENTERS FOR FOOT AND ANKLE CARE,    PO BOX 633395,    ",    CINCINNATI OH 45263-3395
16         +CITI AUTO,    2208 HWY 121,    SUITE 100,    BEDFORD TX 76021-5981
6          +CITIFINANCIAL AUTO CORPORATION,    P.O. BOX 182287,    ",    COLUMBUS     43218-2287
17         +CREDIT SOLUTIONS LLC,    PO BOX 24710,    ",    LEXINGTON KY 40524-4710
18         +DEBORAH TURNER,    11987 HUNTERGREEN DR,    ",    CINCINNATI OH 45251-1263
19         +DIVERSIFIED ADJUSTMENT,    600 COON RAPIDS BLVD NW,    ",    COON RAPIDS MN 55433-5549
20         +DOCTORS' URGENT CARE,    935 STATE ROUTE 28,    ",    MILFORD OH 45150-1957
21         +DR/BOND COLL,    PO BOX 498609,    ",    CINCINNATI OH 45249-8609
22         +DRS BONDED COLLECTION,    PO BOX 498609,    ",    CINCINNATI OH 45249-8609
23         +DUKE ENERGY,    PO BOX 9001076,    ",    LOUISVILLE KY 40290
24          DUKE ENERGY SHARED SERVICES, INC.,    POB 960-EF367,    ",    CINCINNATI OH 45273-9598
25          ENCORE,    400 N ROGERS ROAD,    PO BOX 3330,    OLATHE KS 66063-3330
26         +ER SOLUTIONS,    PO BOX 9004,    ",    RENTON WA 98057-9004
27         +FFCC-COLUMBUS INC,    1550 OLD HENDERSON RD ST,    ",    COLUMBUS OH 43220-3626
28         +FIRST REVENUE ASSURANCE,    DEPT 13526,    P.O. BOX 1259,    OAKS PA 19456-1259
29         +FIRST REVENUE ASSURANCE,    PO BOX 3020,    ",    ALBUQUERQUE NM 87190-3020
30         +GLA COLLECTION CO INC,    2630 GLEESON LN,    ",    LOUISVILLE KY 40299-1772
31         +INTERNAL COLLECTIONS DEPARTMENT,    222 PIEDMONT AVENUE,    SUITE 2200,    CINCINNATI OH 45219-4238
32         +INTERNAL MEDICINE AND GERIATRICS CARE,    PO BOX 54927,    ",    CINCINNATI OH 45254-0927
33         +J ROBERT TRUE,    TREASURER CLERMONT CTY OH,    101 E MAIN ST,    BATAVIA OH 45103-2957
34          J. ROBERT TRUE, TREASURER,    101 E. MAIN ST.,    ",    BATAVIA OH 45103-2959
35         +KEMP SURGICAL APPLIANCES INC.,    10567 MONTGOMERY ROAD,    ",    CINCINNATI OH 45242-4451
36         +MERCY HEALTH PARTNERS,    PATIENT ACCOUNTS,    4600 MCAULEY PL 5TH FL,    CINCINNATI OH 45242-4765
37         +MERCY HOSPITAL CLERMONT,    PO BOX 89465,    ",    CLEVELAND OH 44101-6465
38         +OHIO DEPARTMENT OF TAXATION,    BANKRUPTCY DIVISION,    P.O. BOX 530,    COLUMBUS OH 43216-0530
39         +OUTPATIENT ANESTESIA SPECIALISTS INC.,    PO BOX 636012,    ",    CINCINNATI OH 45263-6012
40         +PREMIER RECOVERY,    PO BOX 1022,    ",    WIXOM MI 48393-1022
41         +QUALIFIED EMERGENCY SPECIALIST,    1472 SOLUTIONS CENTER,    ",    CHICAGO IL 60677-1004
42         +QUEEN CITY SURGICAL CONSULTANTS,    PO BOX 771270,    1270 SOLUTION CENTER,    CHICAGO IL 60677-1002
43         +RICHARD J. KAPLOW,    808 ROCKEFELLER BUILDING,    614 SUPERIOR AVENUE N.W.,
             CLEVELAND OH 44113-1334
44         +RUMPKE CONSOLIDATED COMPANIES,    PO BOX 538701,    ",    CINCINNATI OH 45253-8701
45          SANTANDER CONSUMER USA INC.,    PO BOX 560284,    ",    DALLAS TX 75356-0284
4          +SANTANDER CONSUMER USA, INC,    PO BOX 961245,    ",    FORT WORTH TX 76161-0244
46          SPRINT,    PO BOX 66075,    ",    DALLAS TX 75266-0000
47          SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
             OVERLAND PARK KS 66207-0949
48          SPRINT NEXTEL DISTRIBUTION,    ATTN: BANKRUPTCY DEPT,    P.O BOX 3326,    ENGLEWOOD CO 80155-3326
49         +THE UROLOGY CENTER,    4700 SMITH ROAD,    SUITE L,    CINCINNATI OH 45212-2776
50         +TRI STATE UROLOGICAL SERVICES,    4700 SMITH ROAD,    SUITE L,    CINCINNATI OH 45212-2776
51         +UNITED COLLECT BUR INC,    5620 SOUTHWYCK BLV,    ",    TOLEDO OH 43614-1501
52         +UNIV ORTHOPAEDIC CONSULT CINT,    PO BOX 631932,    ",    CINCINNATI OH 45263-1932
5          +VANDA, LLC,    C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVE., STE. 400,    SEATTLE WA 98121-3132
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                                TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3           OHIO DEPARTMENT OF TAXATION,    ",    "
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0648-c           User: 454                  Page 2 of 3                  Date Rcvd: Jan 23, 2014
                               Form ID: COFPD             Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jan 24, 2014**                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0648-c           User: 454                  Page 3 of 3           Date Rcvd: Jan 23, 2014
                               Form ID: COFPD             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on 1/27/2014 at the address(es) listed below:
```
nef            ASST US TRUSTEE (CIN)   OFFICE OF THE US TRUSTEE
nef            MARGARET A BURKS    600 VINE STREET
                                                                                                TOTAL: 2
```